JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: April 18, 2011

Check No. 2023613

Check Amount: $25.41

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 05-48292-R | 00032 | RICHARD & CANDI STARKEY | 5 | XXXXX1721 | 3.21 | 0.00 | 3.21 |
| | | Original check written to:<br>BENEFICIAL TEXAS<br>1301 EAST TOWER ROAD<br>SCHAUMBURG, IL 60173-4374 | | | | | |
| 06-50067-R | 00019 | BARBARA JEAN JACKSON | 3 | 3068 | 21.76 | 0.00 | 21.76 |
| | | Original check written to:<br>I. E. WILLIS, JR.<br>P. O. BOX 4209<br>LONGVIEW, TX 75606 | | | | | |
| 07-40781-R | 00010 | CHRIS L. & JEANNIE H. HARDIN | 5 | XXXXXLIEN | 0.44 | 0.00 | 0.44 |
| | | Original check written to:<br>JUSTICE FINANCE<br>3184 EAST OAK<br>DENTON, TX 76201 | | | | | |
| | | | **TOTALS** | | **$25.41** | **$0.00** | **$25.41** |